UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Naterra Land of Minnesota, Inc., a Minnesota corporation, | No.: 05-1761 (MJD/AJB) |
| Plaintiff, | **Order for Dismissal** |
| vs. | |
| John R. Chaulklin Jr., an individual, and Heather M. Chaulklin, an individual, both d/b/a 4 Seasons Realty, | |
| Defendants. | |

This matter came before the undersigned upon a Stipulation of Dismissal With Prejudice executed by counsel for Plaintiff and Defendants.

Based upon all the files, records and proceedings herein, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that:

1. All claims asserted by the parties in this action are hereby dismissed with prejudice.

Dated: October 3, 2005

                                                          s / Michael J. Davis
                                                          MICHAEL J. DAVIS
                                                         U.S. District Court Judge

- 2 -